IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:07CR175 |
| vs. | ) | |
| | ) | |
| JOSE ANTONIO LOPEZ-HUERTA, | ) | |
| a/k/a Servando Lopez, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Based on the motion of Government (#30), and good cause shown,

IT IS HEREBY ORDERED:

1. The motion of the Government (#30) is granted;

2. The material witnesses, Osber Zambrano-Ruiz, and Amador Fernandez-Sanches, be immediately released from the custody of the U.S. Marshal's Service into the custody of the United States Immigration and Customs Enforcement pursuant to that agency's detainers.

DATED this 6th day of June, 2007.

BY THE COURT:

S/F.A. GOSSETT
UNITED STATES MAGISTRATE JUDGE