IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR175 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSE ANTONIO LOPEZ-HUERTA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Jose Antonio Lopez-Huerta (Lopez-Huerta) to continue the trial of this matter (Filing No. 34). The motion does not comply with NECrimR 12.1 which provides, in part:

> Unless excused by the court in individual cases, a motion to continue the trial setting of a criminal case must state facts demonstrating that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial, (*see* 18 U.S.C. §3161(h)(8)), or that for some other reason, the continuance will not violate the Speedy Trial Act. Unless excused by the court in individual cases, if the defendant is a moving party the motion shall be accompanied by the defendant's affidavit or declaration (*see* 28 U.S.C. § 1746) stating that defendant:
> (1) Was advised by counsel of the reasons for seeking a continuance;
> (2) Understands that the time sought by the extension may be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*;
> (3) With this understanding and knowledge, agrees to the filing of the motion; and

The motion:

( ) Does not state facts demonstrating that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial.

( ) Does not state a reason the continuance will not violate the Speedy Trial Act.

( ✔ ) Is not accompanied by the defendant's affidavit or declaration stating the requirements of (1) _✔_, (2) _✔_, or (3) _✔_ above.

Accordingly, the motion (Filing No. 34) **will be held in abeyance until August 3, 2007**, and if the deficiencies noted above are not corrected, the motion will be DENIED.

**IT IS SO ORDERED.**

DATED this 25th day of July, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge